FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 0 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD L. OBREY, JR., ) | CASE NO. CV02-0033-MLR |
| ) | |
| Plaintiff, ) | TAXATION OF COSTS |
| ) | |
| vs. ) | |
| ) | |
| HANSFORD T. JOHNSON, ) | |
| in his capacity as the Acting ) | |
| Secretary of the Navy, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant has filed its Bill of Costs in this matter. Plaintiff has filed objections to the bill of costs. In the exercise of the Court's discretion based on the history of this case, the objections of plaintiff are sustained.

IT IS SO ORDERED that cost shall be taxed in the amount of $1,238.13.

DATED: January 13, 2006.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE