UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
MAR 0 6 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RONALD L. OBREY, JR., | No. 05-16473 |
| Plaintiff - Appellant, | D.C. No. CV-02-00033-MLR |
| v. | District of Hawaii, Honolulu |
| GORDON R. ENGLAND, in his capacity as the Secretary of the Nav. | ORDER |
| Defendant - Appellee. | |

**RECEIVED**
CLERK U.S. DISTRICT COURT
MAR 0 9 2006
DISTRICT OF HAWAII

The following briefing schedule shall govern this appeal: appellant shall file an opening brief on or before April 11, 2006; appellee shall file an answering brief on or before May 11, 2006; appellant may file an optional reply brief within fourteen (14) days from the service date of the answering brief.

The court has determined that this appeal will not be selected for inclusion in the Mediation Program.

All further inquiries regarding this appeal, including requests for extensions of time, should be directed to the Clerk's office.

Counsel are requested to contact the Chief Circuit Mediator should circumstances develop that warrant further settlement discussions while the appeal is pending.

FOR THE COURT

David E. Lombardi, Jr.
Chief Circuit Mediator