# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: October 2, 2006

To:  United States Court of Appeals    Attn: (✓) Civil
     For the Ninth Circuit
     Office of the Clerk                ( ) Criminal
     95 Seventh Street
     San Francisco, California 94103    ( ) Judge

**RECEIVED** CLERK, U.S. DISTRICT COURT OCT 0 5 2006 DISTRICT OF HAWAII

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No: CV02-00033 MLR       Appeal No: 05-16473

Short Title: Obrey vs. England

| | | |
|---|---|---|
| Clerk's Files in | 8 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 11 | volumes (✓) original ( ) certified copy<br>8/7/03, 8/5/03, 8/4/03, 8/6/03, 4/11/05, 6/1/05, 6/6/05, 6/7/05, 6/8/05, 6/8/05, 6/9/05, |
| Exhibits | 2 | volumes ( ) under seal<br>6/6/05 Jury Instruction/with Disk, 6/6/05 Jury Instruction/with Disk |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: RECEIVED     Date: _____
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
OCT 0 3 2006

FILED _____
DOCKETED _____ DATE _____ INITIAL
J. Rosenthal