January 26, 2007

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
## (415) 556-9920

### THIS RECORD CONTAINS DOCUMENTS THAT ARE FILED UNDER SEAL

**District Court/Agency:** **USDC Hawaii (Honolulu)**

**Lower Court Number:** CV-02-00033-MLR

**Appeal Number:** 05-16473

**Short Title:** Obrey v. England

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JAN 31 2007
DISTRICT OF HAWAII

### Volumes

**Clerk's Records in:**    8          0    **Certified Copy(ies)**

**Reporters Transcripts in:**    11

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Bulky Documents in:** | 0 | **Envelopes** | 0 | **Expandos** | 2 | **Folders** | 0 | **Boxes** |
| | 0 | **Other** | | | | | | |
| **State Lodged Docs in:** | 0 | **Envelopes** | | **Expandos** | 0 | **Folders** | 0 | **Boxes** |
| | 0 | **Other** | | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

Box 1 of 2

January 26, 2007

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**THIS RECORD CONTAINS DOCUMENTS THAT ARE FILED UNDER SEAL**

**District Court/Agency:** USDC Hawaii (Honolulu)

**Lower Court Number:** CV-02-00033-MLR

**Appeal Number:** 05-16473

**Short Title:** Obrey v. England

RECEIVED
CLERK U S DISTRICT COURT
JAN 3 1 2007
DISTRICT OF HAWAII

### Volumes

**Clerk's Records in:** 8                    0  **Certified Copy(ies)**

**Reporters Transcripts in:** 11

| **Bulky Documents in:** | 0 | **Envelopes** | 0 | **Expandos** | 2 | **Folders** | 0 | **Boxes** |
|---|---|---|---|---|---|---|---|---|
| | 0 | **Other** | | | | | | |
| **State Lodged Docs in:** | 0 | **Envelopes** | | **Expandos** | 0 | **Folders** | 0 | **Boxes** |
| | 0 | **Other** | | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

Box 2 of 2