NO. 05-16473

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RONALD L. OBREY, JR., | ) DC# CV 99-00828 MLR-LEK |
| | ) District of Hawaii (Honolulu) |
| Plaintiff-Appellant, | ) |
| | ) APPEAL FROM JUDGMENT IN A CIVIL |
| v. | ) CASE IN THE UNITED STATES |
| | ) DISTRICT COURT FOR THE DISTRICT |
| GORDON R. ENGLAND, in his | ) OF HAWAII |
| capacity as the Secretary of | ) |
| the Navy, | ) |
| | ) |
| Defendant-Appellee. | ) |
| | ) |

**PLAINTIFF-APPELLANT'S SUBMISSION OF BILL OF COST**

**DECLARATION OF CLAYTON C. IKEI**

**BILL OF COSTS**

**CERTIFICATE OF SERVICE**

CLAYTON C. IKEI
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone No. (808) 533-3777
Facsimile No. (808) 521-7245
Email: CCIOffice@hawaii.rr.com

Attorney for Plaintiff-Appellant
RONALD L. OBREY, JR.

NO. 05-16473

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RONALD L. OBREY, JR., | ) DC# CV 99-00828 MLR-LEK |
| | ) District of Hawaii (Honolulu) |
| Plaintiff-Appellant, | ) |
| | ) APPEAL FROM JUDGMENT IN A CIVIL |
| v. | ) CASE IN THE UNITED STATES |
| | ) DISTRICT COURT FOR THE DISTRICT |
| GORDON R. ENGLAND, in his | ) OF HAWAII |
| capacity as the Secretary of | ) |
| the Navy, | ) |
| | ) |
| Defendant-Appellee. | ) |
| | ) |
| | ) |

**PLAINTIFF-APPELLANT'S SUBMISSION OF BILL OF COST**

COMES NOW Plaintiff-Appellant RONALD L. OBREY, JR., by and through his counsel hereby submits his Bill of Cost.

Submission is made pursuant to Federal Rules of Appellate Procedures 27 and 39, and Ninth Circuit Court Rule 27-1 and 39-1, and is supported by the attached Declaration of counsel.

DATED:  Honolulu, Hawaii, January 9, 2007.

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Appellant
RONALD L. OBREY

NO. 03-16849

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RONALD L. OBREY, JR., | ) DC# CV 99-00828 MLR-LEK |
| | ) District of Hawaii (Honolulu) |
| Plaintiff-Appellant, | ) |
| | ) APPEAL FROM JUDGMENT IN A CIVIL |
| v. | ) CASE IN THE UNITED STATES |
| | ) DISTRICT COURT FOR THE DISTRICT |
| GORDON R. ENGLAND, in his | ) OF HAWAII |
| capacity as the Secretary of | ) |
| the Navy, | ) |
| | ) |
| Defendant-Appellee. | ) |
| | ) |
| | ) |

## **DECLARATION OF CLAYTON C. IKEI**

I, CLAYTON C. IKEI, hereby declare under penalty of perjury that the following is true and correct.

1.  I am an attorney licensed in the State of Hawaii and this Court, and I am an attorney for Plaintiff-Appellant RONALD L. OBREY, JR. ("Appellant").

2.  On December 28, 2006, our office received from the Court its Decision in favor of Appellant on this appeal which was filed on April 11, 2006.

3.  Additionally, on December 28, 2006, our office received from the Court the Notice of Entry of Judgment dated December 26, 2006.

4.  In accordance with Federal Rules Appellate Procedures 39 and Ninth Circuit Court Rule, 39-1, if a party is allowed costs, the Bill of Costs must be filed within fourteen

days of entry of judgement which in this case would be March 18, 2005.

    5.    Attached herein is a true and correct copy of Appellant's Bill of Costs.

    DATED: Honolulu, Hawaii, January 9, 2007.

                                              _____
                                              CLAYTON C. IKEI

NO. 03-16849

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RONALD L. OBREY, JR., | ) DC# CV 99-00828 MLR-LEK |
| | ) District of Hawaii (Honolulu) |
| Plaintiff-Appellant, | ) |
| | ) APPEAL FROM JUDGMENT IN A CIVIL |
| v. | ) CASE IN THE UNITED STATES |
| | ) DISTRICT COURT FOR THE DISTRICT |
| GORDON R. ENGLAND, in his | ) OF HAWAII |
| capacity as the Secretary of | ) |
| the Navy, | ) |
| | ) |
| Defendant-Appellee. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing document was duly served upon the following parties at their last known address via United States Mail, postage prepaid on January 9, 2007:

TO: EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii
THOMAS HELPER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Attorneys for Defendant-Appellee
GORDON R. ENGLAND in his capacity as the
Secretary of the Navy

DATED:   Honolulu, Hawaii, January 9, 2007.

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorney for Plaintiff-Appellant
RONALD L. OBREY, JR.