# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/29/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 02-00033SOM-LEK |
| CASE NAME: | Ronald L. Obrey, Jr. Vs. Hansford T. Johnson, etc. |
| ATTYS FOR PLA: | Jerry P.S. Chang |
| ATTYS FOR DEFT: | Edric M.K. Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 03/29/2007 | TIME: | 9:21-9:25 |

COURT ACTION:  EP: Status Conference Re: Remand held. New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Jury trial on April 29, 2008 at 9:00 a.m. before SOM
2. Final Pretrial Conference on March 18, 2008 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by March 11, 2008
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by January 30, 2008
7. File Dispositive Motions by November 28, 2007
8a. File Motions in Limine by April 8, 2008
8b. File opposition memo to a Motion in Limine by April 15, 2008
11a. Plaintiff's Expert Witness Disclosures by October 29, 2007
11b. Defendant's Expert Witness Disclosures by November 28, 2007
12. Discovery deadline February 29, 2008
13. **Further** Settlement Conference set for May 24, 2007 at 2:00 p.m. before LEK
14. **Updated** Settlement Conference statements by May 17, 2007
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by April 15, 2008
21. File Final witness list by April 8, 2008
24. Exchange Exhibit and Demonstrative aids by April 1, 2008
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by April 8, 2008

26. File objections to the Exhibits by April 15, 2008
28a. File Deposition Excerpt Designations by April 8, 2008
28b. File Deposition Counter Designations and Objections by April 15, 2008
29. File Trial Brief by April 15, 2008
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.   **Discovery Plan to be worked out by the parties.**

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 02-00033SOM-LEK;
Ronald L. Obrey, Jr. Vs. Hansford T. Johnson, etc.;
Rule 16 Scheduling Conference Minutes
03/29/2007