IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RICHARD L. OBREY, JR., | ) | CIV. NO. 02-00033 SOM/LEK |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING TRIAL DATE |
| | ) | |
| vs. | ) | |
| | ) | |
| GORDON R. ENGLAND, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER REGARDING TRIAL DATE

      The presently assigned trial date of April 29, 2008, may not be continued without the express consent of the trial judge. This date may not be changed except by the trial judge. That is, if the trial is to be by the district judge, the parties may not seek a continuance from the magistrate judge. This does not mean, however, that the district judge can guarantee the parties that the trial will begin on April 29, 2008, as the district judge must give priority to felony trials, even if those are newer cases or have had their trial dates set after the trial date in this case was set. If the parties require a firm trial date, they may obtain a firm trial date by consenting to trial by a magistrate judge.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; July 10, 2007.

/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

Obrey v. England; Civ. No. 02-00033 SOM/LEK; Order Regarding Trial Date