# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 02-00033SOM-LEK |
| CASE NAME: | Ronald L. Obrey, Jr. Vs. Hansford T. Johnson, etc. |
| ATTYS FOR PLA: | Clayton C. Ikei<br>Jerry P.S. Chang |
| ATTYS FOR DEFT: | Edric M.K. Ching<br>Thomas A. Helper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 08/30/2007 | TIME: | 9:30-10:30 |

COURT ACTION:  EP: Further Settlement Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager