IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| RONALD L. OBREY, JR., | ) | CIVIL NO. 02-00033 LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | AMENDED RULE 16 |
| vs. | ) | SCHEDULING ORDER |
| | ) | |
| HANSFORD T. JOHNSON, ETC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## AMENDED RULE 16 SCHEDULING ORDER

A status conference was held on January 8, 2008, before the Honorable

Leslie E. Kobayashi, United States Magistrate Judge.  Appearing at the conference

were Clayton C. Ikei, Esq., Jerry P.S. Chang, Esq., Edric M.K. Ching, Thomas A.

Helper, Esq.

Pursuant to the new trial date and deadlines given, the Court enters this

amended scheduling conference order:

## TRIAL AND PRETRIAL CONFERENCE SCHEDULING:

1.      **JURY** trial in this matter will commence before the Honorable Leslie E.

Kobayashi, United States Magistrate Judge on October 7, 2008, at 9:00 a.m.

2.      A final pretrial conference shall be held on August 26, 2008, at 9:00 a.m.

before the Honorable Leslie E. Kobayashi, United States Magistrate Judge.

3.  (RESERVED)

**4.**    Pursuant to LR 16.6, each party herein shall serve and file a separate final pretrial statement by August 19, 2008.

## **MOTIONS:**

**5.**  All motions to join additional parties or to amend the pleadings shall be filed by N/A.

**6.**   Other non-dispositive motions, except for motions in limine and discovery motions, shall be filed by July 9, 2008.

**7.**    Dispositive motions shall be filed by **N/A.**

**8.**    Motions in limine shall be filed by September 16, 2008.

Any opposition memorandum to a motion in limine shall be filed by September 23, 2008.

## **DISCOVERY:**

9.    Unless and until otherwise ordered by the Court, the parties shall follow the discovery plan agreed to by the parties herein pursuant to Fed. R. Civ. P. 26(f).

**10.**   (RESERVED)

**11.**  Pursuant to Fed. R. Civ. P. 26(a)(2), each party shall disclose to each other party the identity and written report of any person who may be used at trial to present expert evidence under Rules 702, 703, or 705 of the Federal Rules of

Evidence.  The disclosures pursuant to this paragraph shall be according to the

following schedule:

> **a.** All plaintiffs shall comply by N/A.

> **b.** All defendants shall comply by N/A.

Disclosure of the identity and written report of any person who may be called

solely to contradict or rebut the evidence of a witness identified by another party

pursuant to subparagraphs a and b hereinabove shall occur within thirty (30) days

after the disclosure by the other party.

**12.**    Pursuant to Fed. R. Civ. P. 16(b)(3) and LR 16.2(a)(6), the discovery

deadline shall be August 8, 2008.  Unless otherwise permitted by the Court, all

discovery pursuant to Federal Rules of Civil Procedure, Rules 26 through 37

inclusive must be completed by the discovery deadline.  Unless otherwise

permitted by the Court, all discovery motions and conferences made or requested

pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive of LR

26.1, 26.2 37.1 shall be heard no later than thirty (30) days prior to the discovery

deadline.

## SETTLEMENT:

**13.**    The parties shall remain on call for a settlement conference before the

Honorable Leslie E. Kobayashi, United States Magistrate Judge.

**14.**    Each party shall deliver to the presiding Magistrate Judge a confidential

settlement conference statement by N/A.  The parties are directed to LR 16.5(b) for

the requirements of the confidential settlement conference statement.

15.    The parties shall exchange written settlement offers and meet and confer to

discuss settlement before the date on which settlement conference statements are

due.

**TRIAL SUBMISSIONS:**

    **JURY ISSUES:**

16.    The parties shall prepare in writing and submit to the Court  any special voir

dire inquiries they wish the judge to ask the jury panel.

17.  The parties shall confer in advance of trial for the purpose of preparing an

agreed upon special verdict form, if a special verdict form is to be requested.  The

agreed upon special verdict form shall be submitted to the Court.  In the event of

disagreement, the parties shall submit all proposed special verdict forms to the

Court.

18.  The parties shall confer in advance of trial for the purpose of preparing an

agreed upon concise statement of the case that may be read by the trial judge to the

jury during voir dire.  The agreed upon concise statement of the case shall be

submitted to the Court.  In the event of disagreement, the parties shall submit all

proposed concise statements of the case to the Court.

19.     Jury instructions shall be prepared in accordance with LR 51.1 and

submitted to the Court.

**20.**  All submissions to the Court required by paragraphs 16, 17, 18 and 19 shall be

made by September 23, 2008.

        **WITNESSES:**

**21.**     By September 16, 2008, each party shall serve and file a final

comprehensive witness list indicating the identity of each witness that the party

will call at trial and describing concisely the substance of the testimony to be given

and the estimated time required for the testimony of the witness on direct

examination.

22.     The parties shall make arrangements to schedule the attendance of witnesses

at trial so that the case can proceed with all due expedition and without any

unnecessary delay.

23.  The party presenting evidence at trial shall give notice to the other party the

day before of the names of the witnesses who will be called to testify the next day

and the order in which the witnesses will be called.

        **EXHIBITS:**

**24.**  By September 9, 2008, the parties shall premark for identification all exhibits

and shall exchange or, when appropriate, make available for inspection all exhibits to be offered, other than for impeachment or rebuttal, and all demonstrative aids to be used at trial.

**25.** The parties shall meet and confer regarding possible stipulations to the authenticity and admissibility of proposed exhibits by September 16, 2008.

**26.** By September 23, 2008, the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.

27. The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court the Thursday before trial.

**DEPOSITIONS:**

**28 a.** By September 16, 2008, the parties shall serve and file statements designating excerpts from depositions (specifying the witness and page and line referred to) to be used at trial other than for impeachment or rebuttal.

**b.** Statements counter-designating other portions of depositions or any objections to the use of depositions shall be served and filed by September 23, 2008.

**TRIAL BRIEFS:**

**29.** By September 23, 2008, each party shall serve and file a trial brief on all

significant disputed issues of law, including foreseeable procedural and evidentiary issues, setting forth briefly the party's position and the supporting arguments and authorities.

30.    (RESERVED)

**OTHER MATTERS: Letter Briefs regarding exclusion of Expert Witnesses are due: Plaintiff - 1/23/2008.  Defendant - January 30, 2008.  Discovery Conference set for February 15, 2008 at 9:00 a.m. before Magistrate Judge Leslie E. Kobayashi.**

    IT IS SO ORDERED.

    DATED: Honolulu, Hawai`i, January 15, 2008.



                             /S/ Leslie E. Kobayashi
                            Leslie E. Kobayashi
                            United States Magistrate Judge

**RONALD L. OBREY, JR. V. HANSFORD T. JOHNSON, ETC; CIVIL NO. 02-00033 LEK; AMENDED RULE 16 SCHEDULING ORDER**