ORIGINAL

CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI      1260
JERRY P.S. CHANG     6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone No. (808) 533-3777
Facsimile No. (808) 521-7245
E-mail: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
RONALD L. OBREY, JR.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 22 2008

at ___ o'clock and ___ min.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD L. OBREY, JR., | ) CIVIL NO. 02-00033  LEK |
| | ) |
| Plaintiff, | ) PLAINTIFF'S MOTION TO STRIKE |
| | ) EXPERT DISCLOSURE OF DEFENDANT |
| v. | ) AND TO EXCLUDE DEFENSE'S |
| | ) EXPERT'S TESTIMONY AT TRIAL; |
| DONALD C. WINTER, in his | ) MEMORANDUM OF LAW IN SUPPORT OF |
| capacity as the Acting | ) MOTION; EXHIBITS "A" AND "B"; |
| Secretary of the Navy, | ) CERTIFICATE OF SERVICE |
| | ) |
| Defendant. | ) DATE:     February 15, 2008 |
| | ) TIME:     9:00 a.m. |
| | ) JUDGE:    LESLIE E. KOBAYASHI |
| | ) |
| | ) Trial Date: OCTOBER 7, 2008 |
| | ) |

**PLAINTIFF'S MOTION TO STRIKE EXPERT DISCLOSURE OF DEFENDANT AND
TO EXCLUDE DEFENSE'S EXPERT'S TESTIMONY AT TRIAL**

Ronald L. Obrey, Jr., by and through his counsel, hereby moves this Honorable Court for an order striking the Expert Disclosure of Defendant and an order excluding the Defendant's expert from testifying at trial.

This Motion is made pursuant to Rule 26(a)(2)(C) and is supported by the attached Memorandum of Law.

DATED: Honolulu, Hawaii, January 22, 2008.

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
RONALD L. OBREY, JR.