2002v00016
EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MATTHEW J. RINKA
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850
Facsimile: 541-3752
E-mail: Matthew.Rinka@usdoj.gov

Attorneys for Defendant
SECRETARY OF THE NAVY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD L. OBREY, Jr., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HANSFORD T. JOHNSON, in his ) <br> capacity as the Acting ) <br> Secretary of the Navy, ) <br> ) <br> Defendant. ) <br> ) | CIVIL NO. 02-00033 HG-LEK <br><br> STIPULATION TO EXTEND <br> DEFENDANT'S EXPERT WITNESS <br> DESIGNATION DEADLINE; ORDER |

STIPULATION TO EXTEND DEFENDANT'S
EXPERT WITNESS DESIGNATION DEADLINE

Comes now Plaintiff and Defendant, by and through their undersigned counsel, and hereby stipulate, by and between their respective counsel as follows:

1. The parties hereby stipulate to continue the Defendant's Expert Witness Designation deadline from April 17, 2003, until June 17, 2003.

EXHIBIT A

2. All other dates, including the scheduled trial dates, remain the same.

DATED: ___APR 24 2003___, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_[signature]_  By _[signature]_
Clayton Ikei       MATTHEW J. RINKA
Jerry P.S. Chang   Sp. Assistant U.S. Attorney
Attorneys for Plaintiff

Attorneys for Defendant

APPROVED AND SO ORDERED:

**HELEN GILLMOR**
_____
UNITED STATES DISTRICT JUDGE

Ronald L. Orey, Jr. v. Hansford T. Johnson
Civil No. 02-00033 HG-LEK
"Stipulation to Extend Dispositive Motion Deadline"