IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD L. OBREY, JR., | ) CIVIL NO. 02-00033 MLR LEK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) |
| DONALD C. WINTER, in his capacity as the Acting Secretary of the Navy, | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following individuals by hand delivery to their last known address on January 22, 2008:

TO:  EDWARD H. KUBO, JR.
    United States Attorney, District of Hawaii
    THOMAS A. HELPER
    EDRIC CHING
    Assistant U.S. Attorney
    Room 6-100, PJKK Federal Building
    300 Ala Moana Blvd.
    Honolulu, Hawaii  96850-6100

    Attorneys for Defendant
    DONALD C. WINTER,
    in his capacity as the
    Acting Secretary of the Navy

DATED:  Honolulu, Hawaii, January 22, 2008.

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
RONALD L. OBREY, JR.