# MINUTES

CASE NUMBER:   CIVIL NO. 02-00033LEK

CASE NAME:    Ronald L. Obrey, Jr. Vs. Hansford T. Johnson, etc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:  Leslie E. Kobayashi      REPORTER:

DATE:   01/23/2008               TIME:

COURT ACTION:  EO: Discovery Conference set for 2/15/2008 at 09:00 AM before Magistrate Judge Leslie E. Kobayashi is Vacated. Deadlines for submission of letter briefs are Vacated.

Submitted by: Warren N. Nakamura, Courtroom Manager