IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD L. OBREY, JR.,<br><br>        Plaintiff,<br><br>    vs.<br><br>DONALD C. WINTER, Secretary of the Navy,<br><br>        Defendant. | CIVIL NO. 02-00033 LEK<br><br>DECLARATION OF EDRIC M. CHING |

### DECLARATION OF EDRIC M. CHING

I, EDRIC M. CHING, declare that:

1. I am an Assistant United States Attorney for the District of Hawaii, and I am the attorney assigned to the above-entitled action. I have personal knowledge of the facts set out herein, and I am authorized to make this declaration.

2. Attached hereto as Exhibit "A" is a true and correct copy of the transcript of the April 11, 2005 Status Conference.

3. Attached hereto as Exhibit "B" is a true and correct copy of the Civil Docket Sheet in this matter.

4. Attached hereto as Exhibit "C" is a true and correct copy of Defendant's First Amended Final Witness List.

5. Attached hereto as Exhibit "D" is a true and correct copy of a May 17, 2005 report prepared by Gary Skoog, Ph.D.

6. Attached hereto as Exhibit "E" is a true and correct copy of Plaintiff's Motion to Strike Expert Disclosure of Defendant and to Exclude Defense's Expert Testimony at Trial.

7.  Attached hereto as Exhibit "F" is a true and correct copy of Defendant's Memorandum in Opposition to Plaintiff's Motion to Strike Expert Disclosure of Defendant and to Exclude Defense's Expert Testimony at Trial.

8.  Attached hereto as Exhibit "G" is a true and correct copy of the transcript of the June 1, 2005 Status Conference.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2008, at Honolulu, Hawaii.

/s/ Edric M. Ching
———————————————
EDRIC M. CHING