# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 02-00033LEK |
| CASE NAME: | Ronald T. Obrey, Jr. Vs. Hansford T. Johnson, etc. |
| ATTYS FOR PLA: | Clayton C. Ikei |
| ATTYS FOR DEFT: | Edric M.K. Ching |
| | Thomas A. Helper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 02/22/2008 | TIME: | 9:05-9:26 |

COURT ACTION:  EP: Plaintiff's Motion to Strike Expert Disclosure of Defendant and to Exclude Defense's Expert's Testimony at Trial.

Arguments heard.  Motion Denied and terminated.  Court to prepare Order.

Plaintiff's Expert Disclosures due 4/22/2008.
Defendant's Expert Disclosures due 5/22/2008.

Submitted by: Warren N. Nakamura, Courtroom Manager