United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date:   April 23, 2008

To:   United States Court of Appeals      Attn:   (✓)   Civil
      For the Ninth Circuit
      Office of the Clerk                            ( )   Criminal
      95 Seventh Street
      San Francisco, California 94103               ( )   Judge

From:   United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:   CV 02-00033LEK           Appeal No:

Short Title:   Obrey v. England

| | | |
|---|---|---|
| Clerk's Files in | _____ | volumes ( ) original  ( ) certified copy |
| Bulky docs | _____ | volumes (folders)  docket # |
| Reporter's Transcripts | 7 | volumes (✓) original  ( ) certified copy |
| Exhibits | _____ | volumes ( ) under seal |
| | _____ | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____   Date: _____

Request for Transcripts ONLY - 8/5, 8/6 & 8/7/03........ 6/6, 6/07, 6/8, & 6/9/05