

CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI          1260
JERRY P.S. CHANG         6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone: (808) 533-3777

Attorneys for Plaintiff
RONALD L. OBREY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD L. OBREY, JR., | ) CIVIL NO. 02-00033 LEK |
| Plaintiff, | ) PLAINTIFF'S SUPPLEMENTAL |
| | ) DISCLOSURE OF EXPERT WITNESS; |
| v. | ) EXHIBIT "A"; CERTIFICATE OF |
| | ) SERVICE |
| GORDON R. ENGLAND, in his capacity as the Secretary of the Navy, | ) |
| Defendant. | ) |
| | ) Trial Date: October 7, 2008 |

**PLAINTIFF'S SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESS**

Pursuant to Fed. R. Civ. P. 26(2)(A), Plaintiff Ronald L. Obrey Jr., by and through his counsel, hereby discloses James E. Dannemiller, Executive Vice President of SMS Research and Marketing Services Inc., and President of SMS Research, 1042 Fort Street Mall, Suite 200, Honolulu, Hawaii 96813, as his expert witness regarding a statistical analysis of the hiring data provided by Pearl Harbor Naval Shipyard.

Attached hereto as Exhibit "A" is Mr. Dannemiller's supplemental written report dated May 2008, made in accordance with Rule 26(2)(B).

DATED:    Honolulu, Hawaii, May 6, 2008.

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
RONALD L. OBREY