IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD L. OBREY, JR., | ) CIVIL NO. 02-00033 LEK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| v. | ) |
| | ) |
| GORDON R. ENGLAND, in his capacity as the Secretary of the Navy, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served on the following individuals via hand delivery on May 6, 2008:

TO:    EDWARD H. KUBO, JR.
       United States Attorney
       THOMAS A. HELPER
       Special Assistant U.S. Attorney
       District of Hawaii
       Room 6-100, PJKK Federal Building
       300 Ala Moana Blvd.
       Honolulu, Hawaii 96850-6100

       Attorneys for Defendant
       GORDON R. ENGLAND, in his capacity
       as the Secretary of the Navy

DATED:    Honolulu, Hawaii, May 6, 2008

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
RONALD L. OBREY