EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS A. HELPER  5676
EDRIC M. CHING  6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RONALD L. OBREY, JR., | ) | CIVIL NO. 02-00033 LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | (George Tai See, Michael |
| vs. | ) | Kawachi and Frank Pestana) |
| | ) | |
| GORDON R. ENGLAND, in his | ) | |
| capacity as the Secretary of | ) | |
| the Navy, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

　　　I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the Notice of Taking Depositions Upon Oral Examination of (George Tai See, Michael Kawachi and Frank Pestana) dated June 20, 2008 was served by First Class Mail on the following at their last known address:

```
CLAYTON C. IKEI, ESQ.
JERRY P.S. CHANG, ESQ.
1440 Kapiolani Blvd., Suite 1203
Honolulu, Hawaii 96814
```

Attorneys for Plaintiff

DATED:  June 20, 2008, at Honolulu, Hawaii.

                          EDWARD H. KUBO, JR.
                          United States Attorney
                          District of Hawaii

                          /s/ Edric M. Ching
                          By_____
                            EDRIC M. CHING
                            Assistant U.S. Attorney

                          Attorneys for Defendant