EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER   5676
EDRIC M. CHING   6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RONALD L. OBREY, JR., | ) | CIVIL NO. 02-00033 LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | (Re: DEFENDANT'S EXPERT |
| | ) | WITNESS DESIGNATION; |
| DONALD C. WINTER, Secretary of | ) | EXHIBITS "A"-"C") |
| the Navy, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of Defendant's Expert Witness Designation; Exhibits A-C was served:

<u>Served Via United States Postage Mail</u>

Clayton C. Ikei, Esq.                    July 8, 2008
Jerry P.S. Chang, Esq.
1440 Kapiolani Blvd., Ste. 1203
Honolulu, HI 96814

Attorneys for Plaintiff


    DATED: July 8, 2008, at Honolulu, Hawaii.


                               EDWARD H. KUBO, JR.
                               United States Attorney
                               District of Hawaii

                                   /s/ Thomas A. Helper
                             By _____
                               THOMAS A. HELPER
                               Assistant U.S. Attorney

                               Attorneys for Defendant
                               DONALD C. WINTER, Secretary
                               Of the Navy