ORIGINAL

CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI          1260
JERRY P.S. CHANG         6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone: (808) 533-3777

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 05 2008

at __ o'clock and ___ min ___ M.
SUE BEITIA CLERK

Attorneys for Plaintiff
RONALD L. OBREY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD L. OBREY, JR., | ) CIVIL NO. 02-00033 LEK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) (RE: PLAINTIFF'S NOTICE OF |
| | ) TAKING DEPOSITIONS UPON ORAL |
| GORDON R. ENGLAND, in his | ) EXAMINATION (RE: WAYNE |
| capacity as the Secretary of | ) MATSUKAWA, TETSUO OMAYE AND |
| the Navy, | ) ROBERT MASUMOTO)) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that a the original of PLAINTIFF'S NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION (RE: WAYNE MATSUKAWA, TETSUO OMAYE AND ROBERT MASUMOTO) was duly served on the following individuals via U.S. Mail, postage prepaid, on August 5, 2008:

TO:    EDWARD H. KUBO, JR.
       United States Attorney
       THOMAS A. HELPER
       Special Assistant U.S. Attorney
       District of Hawaii
       Room 6-100, PJKK Federal Building
       300 Ala Moana Blvd.
       Honolulu, Hawaii 96850-6100

```
                    Attorneys for Defendant
                    GORDON R. ENGLAND, in his capacity
                    as the Secretary of the Navy

DATED:    Honolulu, Hawaii, August 5, 2008


                    _____
                    CLAYTON C. IKEI
                    JERRY P.S. CHANG

                    Attorneys for Plaintiff
                    RONALD L. OBREY
```