**ORIGINAL**

CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI          1260
JERRY P.S. CHANG         6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone: (808) 533-3777

Attorneys for Plaintiff
RONALD L. OBREY, JR.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 19 2008

at 2 o'clock and 00 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD L. OBREY, JR., | ) CIVIL NO. 02-00033 LEK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) (RE: PLAINTIFF'S NOTICE OF |
| | ) TAKING DEPOSITION UPON ORAL |
| GORDON R. ENGLAND, in his | ) EXAMINATION (RE: MICHAEL |
| capacity as the Secretary of | ) MALACHWIEJ)) |
| the Navy, | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that a the original of PLAINTIFF'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION (RE: MICHAEL MALACHWEIJ) was duly served on the following individuals via U.S. Mail, postage prepaid, on August 19, 2008:

TO:     EDWARD H. KUBO, JR.
        United States Attorney
        THOMAS A. HELPER
        Special Assistant U.S. Attorney
        District of Hawaii
        Room 6-100, PJKK Federal Building
        300 Ala Moana Blvd.
        Honolulu, Hawaii 96850-6100

```
                         Attorneys for Defendant
                         GORDON R. ENGLAND, in his capacity
                         as the Secretary of the Navy

DATED:   Honolulu, Hawaii, August 19, 2008.

                         _____
                         CLAYTON C. IKEI
                         JERRY P.S. CHANG

                         Attorneys for Plaintiff
                         RONALD L. OBREY, JR.
```