**ORIGINAL**

CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI       1260
JERRY P.S. CHANG      6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone No. (808) 533-3777
Facsimile No. (808) 521-7245
Email: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
RONALD L. OBREY, JR.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 28 2008
at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD L. OBREY, JR., <br><br> Plaintiff, <br><br> v. <br><br> GORDON R. ENGLAND, in his capacity as the Secretary of the Navy, <br><br> Defendant. | ) CIVIL NO. 02-00033 LEK <br> ) <br> ) PLAINTIFF'S AMENDED FINAL <br> ) PRETRIAL STATEMENT; CERTIFICATE <br> ) OF SERVICE <br> ) <br> ) <br> ) DATE:   September 2, 2008 <br> ) TIME:   9:00 a.m. <br> ) JUDGE:  Leslie E. Kobayashi <br> ) <br> ) Trial Date: October 7, 2008 |

**PLAINTIFF'S AMENDED FINAL PRETRIAL STATEMENT**

Plaintiff Ronald L. Obrey, Jr., by and through his counsel, hereby submits his Amended Final Pretrial Statement pursuant to Local Rule 16.6. Plaintiff seeks to identify additional nonexpert witnesses to the Final Pretrial Statement.

**I.   Witnesses Likely to be Called**

**Non-expert Witnesses**

1.   Cynthia Shigemasa, c/o Department of The Navy, Commander, Navy Regional Hawaii, 850 Ticonderoga St., Ste. 110,

Pearl Harbor, HI 96860-5102. Ms. Shigemasa was an Investigator with the Office of Complaints Investigation who investigated the EEO Complaint of Frank N.K. Pestana, regarding his nonselection to the position of Surface Restricted Availability (SRA) Program Manager GS-14/15, and not being provided with an opportunity to apply for SRA Deputy Project Superintendent positions. Ms. Shigemasa is expected to testify regarding her investigation of the complaint.

    2. Dave B. Alison, c/o Department of the Navy, Human Resources Service Center, Pacific Region. Mr. Alison was a Personnel Staffing and Classification Specialist, GS-201-11 on September 7, 2001 where he provided testimony and a declaration in the investigation of Mr. Pestana's EEO Complaint. Mr. Alison is expected to testify as to the circumstances surrounding the reason why he rated Mr. Pestana ineligible at the GS-15 grade level, and rated Roy C. Armstrong, a Caucasian male, eligible for the GS-15 level, which upon further verification of Mr. Armstrong's official personnel file, there was no evidence that Mr. Armstrong held the GS-14 level for one year at the time of his selection.[1]

---

[1] Plaintiff notes that on June 6, 2005, he filed with the Court a Submission of Report of Investigation as to Frank N.K. Pestana's EEO Complaint; Declaration and Affidavit of Dave B. Allison.

Plaintiff reserves the right to name additional witness identified by Defendant.

DATED: Honolulu, Hawaii, August 28, 2008.

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
RONALD L. OBREY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD L. OBREY, JR., | ) CIVIL NO. 02-00033 LEK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| v. | ) |
| | ) |
| GORDON R. ENGLAND, in his capacity as the Secretary of the Navy, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following individuals via hand delivery on August 28, 2008:

TO:  EDWARD H. KUBO, JR.
United States Attorney, District of Hawaii
EDRIC M.K. CHING
THOMAS A. HELPER
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100

Attorneys for Defendant
GORDON R. ENGLAND,
in his capacity as the
Secretary of the Navy

DATED: Honolulu, Hawaii, August 28, 2008.

CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
RONALD L. OBREY, JR.