ORIGINAL

CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI            1260
JERRY P.S. CHANG           6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone: (808) 533-3777
Facsimile: (808) 521-7245
Email: CCIOffice@hawaii.rr.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 29 2008

at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

Attorneys for Plaintiff
RONALD L. OBREY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD L. OBREY, JR., | ) CIVIL NO. 02-00033 LEK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) (RE: PLAINTIFF'S AMENDED NOTICE ) OF TAKING DEPOSITION UPON ORAL |
| GORDON R. ENGLAND, in his capacity as the Secretary of the Navy, | ) EXAMINATION (RE: MICHAEL ) MALACHWIEJ)) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that the original of PLAINTIFF'S AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION (RE: MICHAEL MALACHWEIJ) was duly served on the following individuals via U.S. Mail, postage prepaid, on August 29, 2008:

TO:    EDWARD H. KUBO, JR.
       United States Attorney
       THOMAS A. HELPER
       Special Assistant U.S. Attorney
       District of Hawaii
       Room 6-100, PJKK Federal Building
       300 Ala Moana Blvd.
       Honolulu, Hawaii 96850-6100

```
                    Attorneys for Defendant
                    GORDON R. ENGLAND, in his capacity
                    as the Secretary of the Navy

DATED:   Honolulu, Hawaii, August 29, 2008.

                    _____
                    CLAYTON C. IKEI
                    JERRY P.S. CHANG

                    Attorneys for Plaintiff
                    RONALD L. OBREY, JR.
```