# MINUTES

CASE NUMBER:     CV NO. 02-00033LEK

CASE NAME:       Ronald L. Obrey, Jr. Vs. Hansford T. Johnson, etc.

ATTYS FOR PLA:   Clayton Ikei

ATTYS FOR DEFT:  Edric Ching

INTERPRETER:

JUDGE:  Leslie E. Kobayashi        REPORTER:  None

DATE:   09/02/2008                 TIME:      9:06am-9:30am

COURT ACTION: EP: Final PreTrial Conference-Jury Selection/Jury Trial set for 10/15/2008 before Judge Kobayashi.

Length of Trial-8 to 12 Trial Days

Plaintiff's Live Witnesses-26, 2 Expert Witnesses and 3 Witnesses by Deposition.

Defendant's Live Witnesses-15

Plaintiff's Exhibit Numbers-1 through 150

Defendant's Exhibit Numbers-200 through 250

Motions' in Limine to be Filed for the Plaintiff-10 and the Defendant-10 to 12.

Hearing on the Motions' in Limine set for October 10, 2008 @l0:30 a.m.

Plaintiff's Counsel will be using power point.

Court will seat 8 Jurors.

Voir Dire by Counsel will be limited to 15 Minutes as to each side.

Court discussed the Trial Schedule (Court Hours)

Submitted by Leslie L. Sai, Courtroom Manager