# ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 15 2008

at 3 o'clock and 10 min. P M.
SUE BEITIA, CLERK

CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI    1260
JERRY P.S. CHANG    6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone: (808) 533-3777
Facsimile: (808) 521-7245
Email: CCIOffice@hawaii.rr.com

# LODGED

SEP 11 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorneys for Plaintiff
RONALD L. OBREY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD L. OBREY, JR., | ) CIVIL NO. 02-00033 LEK |
| Plaintiff, | ) STIPULATION TO EXTEND DISCOVERY ) DEADLINE; ORDER |
| v. | ) |
| GORDON R. ENGLAND, in his capacity as the Secretary of the Navy, | ) |
| Defendant. | ) Trial Date: October 15, 2008 |

## STIPULATION TO EXTEND DISCOVERY DEADLINE

IT IS HEREBY STIPULATED AND AGREED by the parties above-named, through their respective counsel, that, with the exception of the oral deposition of Michael Malachwiej, set for Friday, September 19, 2008, the discovery deadline in the above-entitled matter be extended from August 14, 2008 to August 29, 2008.

Dated:    Honolulu, Hawaii, _____.

_____
CLAYTON C. IKEI

Attorney for Plaintiff
RONALD L. OBREY, JR.

_____
THOMAS A. HELPER
EDRIC M.K. CHING
Assistant U.S. Attorneys

Attorneys for Defendant
GORDON R. ENGLAND


APPROVED AND SO ORDERED:

_____
MAGISTRATE JUDGE OF THE ABOVE-ENTITLED COURT




Obrey v. England, Civil No. 02-00033 LEK, Stipulation to Extend
Discovery Deadline; Order